FILED
08 AUG 27 PM 4:45
RICHARD W. W[...]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA[...]

E-filing

JSW

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Donald E Radowich Plaintiff,

vs.

D.K. Sisto        Defendant.

CV 08    4103

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Donald Radowich, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ____  No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

AUG 19 2008

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Don't remember
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ____  No ✓
10          self employment
11    b.   Income from stocks, bonds,             Yes ____  No ✓
12          or royalties?
13    c.   Rent payments?                          Yes ____  No ✓
14    d.   Pensions, annuities, or                 Yes ____  No ✓
15          life insurance payments?
16    e.   Federal or State welfare payments,     Yes ____  No ✓
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21  Prison Job   around $20.00
22  _____

23 3.    Are you married?                          Yes ____  No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

AUG 19 2008

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  ____N/A_____
6  _____

7  5. Do you own or are you buying a home?        Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?                    Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____  $_____  $_____
27 _____  $_____  $_____
28 _____  $_____  $_____  9. Do

AUG 19 2008

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | Fines Marin $2,600.00
4 | Santa Cruz $400.00
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |   I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |   I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | __8-7-08__                         __[signature]__
17 |      DATE                          SIGNATURE OF APPLICANT

AUG 1 9 2008

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 4 -

|     |     |
| --- | --- |
| 1   |     |
| 2   | Case Number: _____ |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Radonich, Donald_ for the last six months at

[prisoner name]

___CSP-Solano___ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _2.21_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _2.52_ .

Dated: _8/19/08_

_Teresa Lyons, Acct. Tech._

[Authorized officer of the institution]

- 5 -

AUG 19 2008

```
REPORT ID: TS3030 .701                                              REPORT DATE: 08/19/08
                                                                    PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON SOLANO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 19, 2008 THRU AUG. 19, 2008

ACCOUNT NUMBER : P23442                          BED/CELL NUMBER: S315I 0000001L
ACCOUNT NAME   : RADONICH, DONALD EUGENE         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION         COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

02/19/2008   BEGINNING BALANCE                                                         0.00
03/06*VD50   INMATE-PAYROL 3247-02/08                         1.85                     1.85
04/04*VD50   INMATE-PAYROL 3680-03/08                        11.43                    13.28
05/13 FC03   DRAW-FAC 3    4175-2ND                                      13.28         0.00

                            CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE       DESCRIPTION                COMMENT              HOLD AMOUNT

08/08/2008   H109    LEGAL POSTAGE HOLD         0637-LEGAL                     1.17
08/08/2008   H109    LEGAL POSTAGE HOLD         0637-LEGAL                     1.00

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/18/98                    CASE NUMBER: SC100954A
COUNTY CODE: MAR                            FINE AMOUNT: $   3,200.00

DATE        TRANS.    DESCRIPTION                    TRANS. AMT.       BALANCE

02/19/2008            BEGINNING BALANCE                                2,632.26
03/06/08    VR50      RESTITUTION DEDUCTION-INDUSTRY        2.05-      2,630.21
04/04/08    VR50      RESTITUTION DEDUCTION-INDUSTRY       12.70-      2,617.51

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                            TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL       TOTAL        CURRENT     HOLDS      TRANSACTIONS
BALANCE     DEPOSITS    WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED

    0.00      13.28        13.28        0.00        2.17         0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              --------
                                                  2.17-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE
8/19/08